AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Annie Lucas Brown

V.

Alabama Public Library Service

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-841-MEF

TO: (Name and address of Defendant)

Alabama Public Library Service
6030 Monticello Drive
Montgomery, AL 36130-6000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah Hill Biggers
113 East Rosa Parks Avenue
Tuskegee, Alabama 36083
PH:      (334) 727-0092
FAX     (334) 727-7117
E-MAIL: debbig@debbig.com

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  9-19-07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Annie Lucas Brown

V.

Alabama Public Library Service

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-841-MEF

TO: (Name and address of Defendant)

Honorable Troy King
Alabama Attorney General
Office of the Attorney General
11 South Union Street, Third Floor
Montgomery, AL  36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah Hill Biggers
113 East Rosa Parks Avenue
Tuskegee, Alabama  36083
PH:      (334) 727-0092
FAX     (334) 727-7117
E-MAIL: debbig@debbig.com

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9-19-07