**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Al____ Public Library Service
    60_ ___nticello Drive
    Mo__ __ery, AL  36130-6000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Susan Clements*  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   SEP 2 1 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07CV 841
   3+C

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0710 0003 2805 4480

Domestic Return Receipt                 102595-02-M-1540