IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANNIE LUCAS BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case Number 2:07-cv-841-MHT |
| | § | |
| ALABAMA PUBLIC LIBRARY SERVICE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S JURY DEMAND

COMES NOW the Defendant, the Alabama Public Library Service ("APLS") and, pursuant to Rule 38, Fed. R. Civ. P., hereby demands a trial by struck jury on all issues so triable.

Respectfully submitted, this the 17th day of October, 2007.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
T. GRANT SEXTON (ASB-0915-S40S)
Attorneys for Defendant
Alabama Public Library Service

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 481-0815

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.

/s/ Austin Huffaker

1

OF COUNSEL