IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANNIE LUCAS BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case Number 2:07-cv-841-MHT |
| | § | |
| ALABAMA PUBLIC LIBRARY SERVICE, | § | |
| | § | |
| Defendant. | § | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **The Alabama Public Library Service**, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, states that **it is a governmental entity of the State of Alabama**.

Respectfully submitted, this the 17th day of October, 2007.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
T. GRANT SEXTON (ASB-0915-S40S)
Attorneys for Defendant
Alabama Public Library Service

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 481-0815

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.

/s/ Austin Huffaker
OF COUNSEL