IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE LUCAS BROWN, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case Number 2:07-cv-841-MHT |
| § | |
| ALABAMA PUBLIC LIBRARY § | |
| SERVICE, § | |
| § | |
| Defendant. § | |

### REPORT OF PARTIES' PLANNING MEETING

(1) Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 24, 2007, and in attendance were:

$ Deborah H. Biggers, Esq., for Plaintiff Annie L. Brown;

$ R. Austin Huffaker, Jr., Esq., for Defendant Alabama Public Library Service.

(2) Pre-Discovery Disclosures:  The parties will exchange by November 30, 2007 the information required by Fed. R. Civ. P. 26(a)(1).

(3) Discovery Plan. The parties jointly propose to the Court the following discovery plan:

(a) Discovery will be needed on the following subjects:  <u>Plaintiffs' claims and damages, and Defendant's defenses.</u>

(b) Disclosure or discovery of electronically stored information should be handled as follows:  The Parties do not anticipate any significant exchange of electronic discovery, but agree that any electronically stored e-mails, and memorandums will be provided in hard copy form.

(c) All discovery commenced in time to be completed by July 11, 2008.

(d) Maximum of <u>40</u> interrogatories by each party to any other party. [Responses due <u>30</u> days after service.]

    (e)    Maximum of <u>6</u> depositions by Plaintiff and <u>6</u> by the Defendant, maximum of <u>Six hours</u> each, unless extended by agreement of the parties.

    (f)    Maximum of <u>20</u> requests for admission by each party to any other party. [Responses due <u>30</u> days after service.]

    (g)    Maximum of <u>40</u> requests for production of documents by each party to any other party. [Responses due <u>30</u> days after service.]

    (h)    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiff by    May 9, 2008

        from Defendant by    June 6, 2008

    (i)    Supplementations under Rule 26(e) due by June 1, 2008.

(4)    Other items.

    (a)    The parties do not request a conference with the court before entry of the scheduling order.

    (b)    The parties request a pretrial conference in August 2008.

    (c)    Plaintiff should be allowed until January 11, 2008 to join additional parties and until January 11, 2008 to amend the pleadings.

    (d)    Defendant should be allowed until February 1, 2008 to join additional parties and until February 1, 2008 to amend the pleadings.

    (e)    All potentially dispositive motions should be filed by May 31, 2008.

    (f)    Settlement cannot be evaluated prior to May 31, 2008.

    (g)    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        From Plaintiff: August 1, 2008

        From Defendant: August 11, 2008

    (h)    Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3)

    (i)    The case should be ready for trial by September 8, 2008 and at this time is expected to take approximately 3 days.

  Counsel for the Defendant has conferred with Counsel for the Plaintiff regarding the instant pleading, and has provided a copy of this pleading to her prior to filing it with the Court.  This will certify that Counsel for each of these parties has agreed to the filing of this pleading, and each of them has given her express consent to her electronic signatures appearing on this Document.

                /s/ Austin Huffaker
                R. Austin Huffaker, Jr.
                Attorney for Defendant

<u>OF COUNSEL</u>:
RUSHTON, STAKELY, JOHNSON
& GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

## CERTIFICATE OF SERVICE

  I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Deborah H. Biggers, Esq.

                <u>/s/ R. Austin Huffaker, Jr.</u>