IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANNIE LUCAS BROWN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv841-MHT |
| | ) | |
| ALABAMA PUBLIC LIBRARY | ) | |
| SERVICE, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for summary judgment
(Doc. No. 12) is set for submission, without oral
argument, on May 30, 2008, with any opposing brief and
evidentiary materials due by said date.

DONE, this the 14th day of May, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE