IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANNIE LUCAS BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case Number 2:07-cv-841-MHT |
| | § | |
| ALABAMA PUBLIC LIBRARY SERVICE, | § | |
| | § | |
| Defendant. | § | |

### Notice Concerning Settlement Conference and Mediation

Comes now the Defendant, the Alabama Public Library Service, hereby states to the Court that the parties, by and through their respective counsel, have conducted a face-to-face settlement conference and that the parties were unable to reach a settlement. The parties further state that they do not believe that mediation will assist them in this case short of trial.

                                            /s/ Austin Huffaker
                                            R. AUSTIN HUFFAKER, JR.
                                               (ASB-3422-F55R)

                                            Attorney for Defendant
                                            Alabama Public Library Service

**OF COUNSEL:**
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 481-0815

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.
113 East Rosa Parks Ave.
Tuskegee, AL 36083

                                                  /s/ Austin Huffaker
                                                  OF COUNSEL