IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE LUCAS BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 2:07-cv-841-MHT |
| | ) |
| ALABAMA PUBLIC LIBRARY SERVICE, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, Plaintiff, **Annie Lucas Brown**, and hereby respectfully requests that this Honorable Court issues and Order denying Defendant's Motion for Summary Judgment on all issues. The Plaintiff in response to Defendant's Motion, has set out specific facts showing genuine issues for trial, in accordance with *Rule 56(e)(2) of the Federal Rules of Civil Procedure.*

The specific facts showing genuine issues of material facts exist for trial and that Defendant is not entitled to judgment as a matter of law, are set out in Plaintiff's accompanying Memorandum Brief and the following exhibits:

1. Affidavit of Annie Brown, as **Exhibit "A"**;

2. Excerpts from the deposition of Annie Brown, as **Exhibit "B"**;

3. Excerpts from the deposition of Rebecca Mitchell, as **Exhibit "C"**;

4. Excerpts from the deposition of Judith Shepard, as **Exhibit "D"**;

5. Excerpts from the deposition of Kim Owen, as **Exhibit "E"**;

6. Alabama State Personnel Board, Alabama State Personnel Department, Administrative Code, Chapter 670-X-4 Prohibition of Discrimination Policy, as **Exhibit "F"**;

7. August 2, 2006 letter from Kim Owen, as **Exhibit "G"**;

8. December 3, 2007 letter from LaTonya Moore to APLS Executive Board, as **Exhibit "H"**;

9. Annie Brown's Interrogatory Responses, as **Exhibit "I"**.

10. Judith Shepard's Performance Appraisal, as **Exhibit "J"**;

11. Judith Shepard's Reprimand, as **Exhibit "K"**;

12. Annie Brown's EEOC Charge of Discrimination, as **Exhibit "L"**;

13. March 7, 2007 Determination Letter from EEOC, as **Exhibit "M"**;

14. July 21, 2007 Reprimand to Janet Hamilton, as **Exhibit "N"**;

15. Annie Brown's June 18, 2007 Notice of Right to Sue, as **Exhibit "O"**; and

16. March 7, 2007 letter to EEOC amending Annie Brown's original charge of employment discrimination to add hostile work environment based on Mrs. Brown's race and color as **Exhibit "P"**.

17. November 17, 2006 letter from Annie Brown to EEOC submitting identification of the white similarly situated white comparator, Judith Shepard, an APLS Library Operations Manager who was reprimanded but treated differently from Mrs. Brown, as **Exhibit "Q"**.

**WHEREFORE, Annie Lucas Brown** respectfully requests that the Defendant's Motion for Summary Judgment be denied on all issues.

**DONE THIS 30TH DAY OF MAY, 2008.**

Respectfully submitted,

*/s/ Deborah Hill Biggers*
**DEBORAH HILL BIGGERS (BIG002)**
**Attorney for Annie Lucas Brown**

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** upon the following Counsel of record, by regular U.S. Mail, postage prepaid and properly addressed this 30th day of May, 2008:

Hon. R. Austin Huffaker, Jr.
Hon. T. Grant Sexton, Jr.
**Attorneys for Defendant**
P. O. Box 270
Montgomery, AL 36101

*/s/ Deborah Hill Biggers*
**DEBORAH HILL BIGGERS**
**Attorney for Plaintiff**
113 East Rosa Parks Avenue
Tuskegee, Alabama 36083
PH: (334) 727-0092
FAX (334) 727-7117