IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE LUCAS BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: 2:07-cv-841-MHT ) |
| ALABAMA PUBLIC LIBRARY SERVICE, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO STRIKE THE AFFIDAVIT OF
DAVID FARRAR AND ACCOMPANYING EXHIBITS 1 AND 2**

**COMES NOW**, the Plaintiff, **Annie Lucas Brown**, and moves that the Affidavit of David Farrar and his accompanying Exhibits 1 and 2 be stricken, and states the following grounds in support thereof:

1. That the Affidavit of David Farrar and the accompanying exhibits are irrelevant to the claims of Annie Brown, which involved actions of Defendant which occurred more than a year prior to the allegations of David Farrar.

2. That the allegations of David Farrar in his Affidavit substantially involve allegations of actions of Judith Shepard and not those of Annie Brown.

3. That the irrelevant Affidavit is prejudicial and has no probative value.

4. That the false allegations of David Farrar are merely allegations, which will be scrutinized in an administrative hearing requested by Judith

Shepard to contest an alleged suspension prompted by the allegations of David Farrar.

5. That Annie Brown denies that she called David Farrar on February 21, 2008 and further denies that she had any conversation at any time with David Farrar about her Title VII case nor has she ever asked him to write a letter to the Board of the Alabama Public Library Service (APLS) to complain about APLS services.

6. Mrs. Brown neither initiated nor instigated any conversation between Judith Shepard and David Farrar about APLS or its administrators.

**WHEREFORE,** Plaintiff Annie Lucas Brown respectfully requests that the Affidavit of David Farrar and his accompanying Exhibits 1 and 2 be stricken, for these documents are irrelevant, prejudicial and are without any probative value to the claim of Plaintiff Annie Lucas Brown or to the defense of the Alabama Public Library Service.

**DONE THIS 10TH DAY OF JUNE, 2008.**

Respectfully submitted,

/s/ Deborah Hill Biggers
DEBORAH HILL BIGGERS (ASB-4769-I70D)
Attorney for Plaintiff, Annie Lucas Brown
113 East Rosa Parks Avenue
Tuskegee, Alabama 36083
PH: (334) 727-0092
FAX (334) 727-7117
E-MAIL: debbig@debbig.com

## VERIFICATION

STATE OF ALABAMA )
)
COUNTY OF MACON )

ANNIE LUCAS BROWN, being duly sworn, deposes and says that I am a resident of Tuskegee, Macon County, Alabama. I am the Plaintiff named in the foregoing. I have read over the above-stated, and the facts stated therein are true and correct according to my knowledge, information and belief.

*Annie Lucas Brown*
ANNIE LUCAS BROWN

Sworn to and subscribed before me this 10th day of June 2008.

*Tavanna V. Stewart*
NOTARY PUBLIC

MY COMMISSION EXPIRES: 6/08/09

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. R. Austin Huffaker, Jr.
Hon. T. Grant Sexton, Jr.
Attorneys for Defendant
P. O. Box 270
Montgomery, AL 36101

/s/ Deborah Hill Biggers
DEBORAH HILL BIGGERS
Attorney for Plaintiff