IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ANNIE LUCAS BROWN,              )
                                )
      Plaintiff,                )
                                )      CIVIL ACTION NO.
      v.                        )       2:07cv841-MHT
                                )
ALABAMA PUBLIC LIBRARY          )
SERVICE,                        )
                                )
      Defendant.                )

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion to strike (Doc. No. 20) is

      denied.

(2) Defendant's motion for leave to submit reply

      brief (Doc. No. 19) is granted.

(3) Plaintiff is allowed ten days from the date of

      this order to submit any brief and evidence in

      response to defendant's submission

DONE, this the 20th day of June, 2008.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE