IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE LUCAS BROWN, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case Number 2:07-cv-841-MHT |
| § | |
| ALABAMA PUBLIC LIBRARY § | |
| SERVICE, § | |
| § | |
| Defendant. § | |

**DEFENDANT'S SECOND MOTION TO STRIKE**

COMES NOW Defendant, the Alabama Public Library Service ("the APLS"), and hereby moves this Court to strike certain exhibits and testimony filed by the Plaintiff in her Opposition to Defendant's Motion for Summary Judgment (Doc. 17). As grounds, the APLS shows as follows:

1.  ¶ 6 of Ex. A to Document 17: This paragraph constitutes inadmissible hearsay because it purports to be testimony by the Plaintiff about statements made by a non-party. See, e.g., Robinson v. LaFarge N.America, Inc., 240 Fed. Appx. 824, 829 (11th Cir. 2007); Grier v. Snow, 206 Fed. Appx. 866, 869 (11th Cir. 2006).

2.  ¶ 11 (first sentence) of Ex. A to Document 17: This sentence constitutes inadmissible hearsay because it purports to be testimony by the Plaintiff about statements made by a non-party.

3.  Ex. 26 to Ex. A to Document 17: This exhibit is unauthenticated and contains unsworn statements made by a nonparty in an email. See, e.g., Godwin v. Nat'l

Union Fire Ins., 2007 U.S. Dist. LEXIS 87305, at *6-*7 (M.D. Ala. 2007)(striking unauthenticated exhibits).

    4.    Pp. 216-221, 227-233 of Ex. C to Document 17:  This exhibit constitutes hearsay deposition testimony about statements made by a nonparty to this litigation.

    5.    Ex. G to Document 17:  This exhibit is unauthenticated, unsworn and contains out of court statements made by a nonparty to this litigation.  See, e.g., Godwin v. Nat'l Union Fire Ins., 2007 U.S. Dist. LEXIS 87305, at *6-*7 (M.D. Ala. 2007)(striking unauthenticated exhibits).

    6.    Ex. H to Document 17:  This exhibit is unauthenticated, unsworn and contains out of court statements made by a nonparty to this litigation.  See, e.g., Godwin v. Nat'l Union Fire Ins., 2007 U.S. Dist. LEXIS 87305, at *6-*7 (M.D. Ala. 2007)(striking unauthenticated exhibits).

WHEREFORE, the Defendant respectfully requests that the above identified exhibits and evidence be stricken.

                      /s/ Austin Huffaker
                      R. AUSTIN HUFFAKER, JR.
                          (ASB-3422-F55R)

                      Attorneys for Defendant
                      Alabama Public Library Service

**OF COUNSEL:**
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office  Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 481-0815

## CERTIFICATE OF SERVICE

     I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.
113 East Rosa Parks Ave.
Tuskegee, AL 36083

                                                  /s/ Austin Huffaker
                                                  OF COUNSEL