IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANNIE LUCAS BROWN, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA PUBLIC LIBRARY )<br>SERVICE, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv841-MHT |

ORDER

It is ORDERED that the motions to strike (Doc. Nos. 25 & 26) are set for submission, without oral argument, on August 1, 2008, with all briefs due by said date.

DONE, this the 11th day of July, 2008.

                      /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE