IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE L. BROWN, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *  CASE NO.: 2:07-cv-841-MHT |
| | * |
| ALABAMA PUBLIC LIBRARY SERVICE, | * |
| | * |
|     Defendants. | * |

## EXHIBIT LIST

**COMES NOW** the Defendant, by and through the undersigned counsel, and hereby identifies the following exhibits that it may use at the trial of this case:

1. 5/16/06 APLS Travel Request (Handwritten)
2. 5/16/06 Request for Out-Of-State Travel
3. 6/13/06 APLS Travel Request
4. 7/7/06 Statement of Official Travel
5. 7/11/06 Amendment, Request For Out of State Travel
6. 7/12/06 Memorandum From Tonya Moore to Cheryl Fondon
7. 7/24/06 Memorandum from Tonya Moore to Rebecca Mitchell re Travel Reimbursement
8. 7/24/06 Email from Mitchell to Brown & Response re pickup travel voucher
9. 7/25/06 Memorandum from Cheryl Fondon to Rebecca Mitchell re Out of State Travel
10. 7/25/06 Written Reprimand
11. 7/25/0 State of Alabama Reimbursement Voucher
12. 8/9/06 Letter from Deborah H. Biggers to Rebecca Mitchell
13. 8/11/06 Letter from Deborah H. Biggers to Board of Directors

14. 8/28/06 EEOC Charge

15. 8/31/06 Employee Performance Appraisal

16. 8/31/06 Employee Performance Pre-Appraisal

17. 9/14/06 EEOC Notice of Charge of Discrimination

18. 9/25/06 Memorandum from Harry Lensch re 5% increase

19. 1/12/07 Brown Rebuttal to 8/31/06 Employee Performance Appraisal

20. 1/26/06 Mitchell Memo to Brown re Brown Rebuttal

21. Annie L. Brown Application for Examination (Consultant)

22. Annie L. Brown Resume

23. 6/23/97 Letter to Annie L. Brown re Hiring as Consultant

24. 1/23/02 Application for Examination (Library Operations Manager)

25. Resume of Annie L. Brown

26. Certification of Candidates

27. Employee Performance Preappraisal (5/4/02 to 11/3/02)

28. 10/23/02 Employee Perforamce Appraisal

29. 6/10/03 Memorandum from Rebecca Mitchell re APLS Staff Plans

30. 6/18/03 Employee Performance Preappraisal

31. 7/1/03 Rebuttal to Mid-Appraisal

32. 7/21/03 Memo from Mitchell to Brown re Rebuttal

33. 9/17/03 Employee Performance Appraisal

34. 9/24/04 Letter from Board to Brown

35. 9/24/04 Employee Performance Appraisal

36. 9/28/04 Memo from Mitchell re Brown file re appraisal score

37. 9/28/04 Employee Performance Preappraisal

38. 8/29/05 Employee Performance Appraisal

39. Employee Performance Preappraisal (9/1/05 to 9/1/06)

40. 9/15/05 Memorandum to Brown re Step Raise

41. 11/10/05 Email from Mitchell to Brown re BLB trip

42. 11/16/05 Memo from Mitchell re Mary Payne and Brown

43. 11/17/05 Emails b/w Payne and Brown re BLB trip and internet

44. 11/17/05 Email from Brown to Mitchell re BLB Trip

45. 11/21/05 Email from Mitchell to Brown re BLB trip

46. 11/28/05 Memo from Mitchell to Brown re BLB trip

47. 12/9/05 Letter from State Personnel Board to Mitchell re LOM responsibilities

48. 5/25/06 Email from Judy Douglas re Gates Webjunction workshop

49. 6/14/06 Memo from Mitchell re Consultant Assignment by District

50. 7/17/07 Administrative Memorandum re APLS Consultants

51. 7/12/07 Memo from Sheila Fulmer to Brown re Progressive Discipline Training

52. 7/25/07 Memo from Sheila Fulmer to Mitchell re Annie Brown and phone calls

53. 7/28/07 Memo from Tonya Moore to Mitchell re Committee Meeting

54. 7/28/07 Memo from Tonya Moore to Mitchell re 5/16/06 Conversation with Brown

55. 7/31/06 Email from Norma Taylor to Mitchell re SPD classes

56. Brown Personnel File

57. Brown Employee Handbook

58. Brown Interrogatory Responses

59. Brown Responses to Supplemental (2nd) Interrogatories

60. Brown Affidavit (Response to MSJ)

61. Cheryl Fondon Affidavit (MSJ)

62. David Farrar Letter

63. David Farrar Affidavit (MSJ)

64. Judy Shepard Reprimand

65. Judy Shepard Performance Appraisal

66. Janet Hamilton Reprimand

67. Brown Resume (2007-2008)

68. Brown Travel Certifications

69. Progressive Discipline Guidelines

70. Library Consultant (#30520) Classification with Steps

71. Library Operations Manager (#30515) with steps

72. Email from Mitchell to Brown re Pick up travel reimbursement

73. Brown Pay Stub

74. State Personnel Rule 670-x-19.01

75. Performance Appraisal Manual

76. State Comptroller Manual

77. 2006/2007 Janet Hamilton Performance Appraisal

78. 2006/2007 Annie L. Brown Performance Appraisal

79. 2006/2007 Judy Shepard Appraisal

80. 9/7/07 Letter from Judy Shepard to APLS Board

81. 4/19/06 Performance Appraisal of Kim Owen by Annie L. Brown

82. Library Operations Manager Job Responsibilities

83. All exhibits attached to the depositions of Annie L. Brown, Judy Shepard and Kim Owen

84. All Exhibits identified on the other parties' Exhibit Lists, including the Plaintiff's Exhibit List.

85. All Exhibits necessary in rebuttal.

86. All Exhibits disclosed during any future depositions and discovery in the case

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
ASB-3422-F55R
Attorney for Defendant
Alabama Public Library Service

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

## CERTIFICATE OF FILING

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.

/s/ R. Austin Huffaker, Jr.
OF COUNSEL

5