**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ANNIE L. BROWN, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-841-MHT |
| | * |
| ALABAMA PUBLIC LIBRARY SERVICE, | * |
| | * |
|     Defendant. | * |

**DEFENDANT'S WITNESS LIST**

**COMES NOW** the Defendant, by and through the undersigned counsel, and hereby identifies the following individuals that it may call as a witness in the case:

**Expected to Be Present**

1. Annie L. Brown
   c/o Deborah H. Biggers

2. Rebecca Mitchell
   c/o R. Austin Huffaker, Jr., Esq.
   184 Commerce Street
   Montgomery, AL 36104
   334-206-3126

3. Hulen Bivens
   c/o R. Austin Huffaker, Jr., Esq.
   184 Commerce Street
   Montgomery, AL 36104
   334-206-3126

4. Harry Lensch
   c/o R. Austin Huffaker, Jr., Esq.
   184 Commerce Street
   Montgomery, AL 36104
   334-206-3126

5. Cheryl Fondon
   Director, Admin. Offices, Governor's Office
   State Capitol
   600 Dexter Ave.
   Montgomery, AL 36130

6. Jackie Graham, Director
   Alabama, State Personnel Dept.
   300 Folsom Administrative Building
   64 North Union Street
   Montgomery, AL 36130
   334-242-3451

7. Alice Ann Byrne
   Alabama, State Personnel Dept.
   300 Folsom Administrative Building
   64 North Union Street
   Montgomery, AL 36130
   334-242-3451

8. Darby Forrester
   Alabama, State Personnel Dept.
   300 Folsom Administrative Building
   64 North Union Street
   Montgomery, AL 36130
   334-242-3451

9. David Farrar
   202 South Street E.
   Talledega, AL 35160
   256-362-0653

10. Judy Shepard
    Alabama Public Library Service
    6030 Monticello Drive
    Montgomery, AL

**May Call If Needed**

11. Custodian of Records
    Alabama, State Personnel Dept.
    300 Folsom Administrative Building
    64 North Union Street
    Montgomery, AL 36130
    334-242-3451

12. LaTonya Moore
    Alabama Dept. of Corrections
    301 South Ripley Street
    Montgomery, AL 36104

13. Mary Payne
    528 Paddock Lane
    Montgomery, AL 36109
    334-201-9303

14. Ronald A. Snider
    Mobile, AL

15. Robert E. Hodge
    Prattville, AL

16. Donna Dickey
    Sylacauga, AL

17. Mack Butler
    Rainbow City, AL

18. Helen Harrison Phillips
    Columbiana, AL

19. All individuals who have given depositions in this matter.

20. All individuals indentified in the parties' Initial Disclosures and Interrogatory Responses

21. All Individuals identified on the Witness Lists filed by the other parties to this action, including the Plaintiff, which are adopted and incorporated herein.

22. All Witnesses Necessary in Rebuttal

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
ASB-3422-F55R
Attorney for Defendant
Alabama Public Library Service

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

## CERTIFICATE OF FILING

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.

                                              /s/ R. Austin Huffaker, Jr.
                                              OF COUNSEL