IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE LUCAS BROWN, | ) |
| Plaintiff, | ) )  ) CASE NO.: 2:07-cv-841-MHT-WC |
| vs. | ) ) ) |
| ALABAMA PUBLIC LIBRARY SERVICE, | ) ) |
| Defendant. | ) |

## PLAINTIFF'S WITNESS LIST

Comes now the Plaintiff by and through the undersigned counsel, and hereby identifies the following individuals that she may call as a witness in this cause:

1. **Annie L. Brown**
   c/o Deborah Hill Biggers, Esq.
   113 E. Rosa Parks Avenue
   Tuskegee, AL 36083

2. **Rebecca Mitchell**
   Director, APLS
   6030 Monticello Drive
   Montgomery, AL 36130

3. **Hulen Bivins**
   Assistant Director, APLS
   6030 Monticello Drive
   Montgomery, AL 36130

4. **Judith Shepard**
   30 Tecumseh Drive
   Montgomery, AL 36117

5. **Christine Bowman**
   Employee, APLS
   6030 Monticello Drive
   Montgomery, AL 36130

6. **Kim Owen**
   Montgomery Public Library
   Montgomery, AL

7. **Cheryl Fondon**
   Governor's Office
   Montgomery, AL

8. **Tonya Moore**
   Dept. of Corrections
   c/o DOC Legal Department

9. **Joanna Bice**
   Secretary, State House
   Mike Millican's Office
   Montgomery, AL

10. **Jackie Barnes**
    Secretary of State's Office
    Montgomery, AL

11. **Amanda Daniel**
    Comptroller's Office
    State of Alabama
    Montgomery, AL

12. **Kim Goodson**
    APLS
    6030 Monticello Drive
    Montgomery, AL 36130

13. **Mack Butler**
    APLS Executive Board Member
    207 Roseland Drive
    Rainbow City, AL 35906-8706

14. **George T. Washburn, Jr.**
    APLS Executive Board Member
    410 W. DeKalb Street
    Marion, AL  36756

15. **Robert E. Hodge**
    APLS Executive Board Member
    1071-Arrowhead Drive
    Prattville, AL  36067

16. **Ronald A. Snider**
    APLS Executive Board Member
    407 Church Street
    Mobile, AL  36602

17. **Donald Dickey**
    APLS Executive Board Member
    B. B. Comer Memorial Library
    314 North Broadway Avenue
    Sylacauga, Al  35150-2528

18. **Bobbie Lou Leigh**
    APLS Executive Board Member
    C/o Florence-Lauderdale Public Library
    350 North Wood Avenue
    Florence, Al  35630

19. **Helen Harrison Phillips**
    APLS Executive Board Member
    Harrison Regional Library
    50 Lester Street
    Columbianna, AL  35051

20. **Robert (Bob) Schremser**
    3217 Gilmer Avenue
    Montgomery, AL  36105

21. **DeLois Humphrey**
    State Department of Finance
    Service Division
    Montgomery, AL

22. Aseelah Salaam
    6030 Monticello Drive
    Montgomery, AL 36130

23. **Dr. Daniel Clark**
    4146 Carmichael Court
    Montgomery, AL 36106

24. **Dr. Robert Combs**
    2165 Normandie Drive
    Montgomery, AL 36117

25. **Mr. John Brown**
    2508 Brothers Drive
    Tuskegee, AL 36083

26. All individuals identified on the Witness List filed by the Defendant, which are adopted and incorporated herein.

27. All witnesses necessary for rebuttal

28. All individuals who have given testimony in this case.

/s Deborah Hill Biggers
DEBORAH HILL BIGGERS (ASB-4769-I7OD)
Attorney for Plaintiff, Annie L. Brown
113 East Rosa Parks Avenue
Tuskegee, AL 36083
PH: (334) 727-0092
FAX: (334) 727-7117

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, I electronically filed the foregoing

Plaintiff's Witness List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. R. Austin Huffaker, Jr.
Hon. T. Grant Sexton, Jr.
Attorneys for Defendant
P. O. Box 270
Montgomery, AL 36101

s/ Deborah Hill Biggers
DEBORAH HILL BIGGERS
Attorney for Plaintiff