IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE LUCAS BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 2:07-cv-841-MHT-WC |
| vs. | ) |
| | ) |
| ALABAMA PUBLIC LIBRARY SERVICE, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S EXHIBIT LIST

Comes now Plaintiff, by and through her undersigned Counsel, and hereby identifies the following exhibits that she may use at the trial of this cause:

1. Any documents from Annie Brown's Personnel File, including but not limited to her Employee Performance Appraisals

2. Alabama Progressive Discipline Manual

3. Alabama Public Library Service, Employee Handbook

4. August 11, 2006 letter sent to all APLS Board Members

5. Charge of Discrimination By Annie Brown

6. U. S. Equal Employment Opportunity Commission Determination Letter

7. Notice of Right to Sue Letter Sent To Annie Lucas Brown

8. Alabama State Personnel Board, Alabama State Personnel Department, Administrative Code

February 27, 2006 Written Reprimand to Judith Shepard from Hulen Bivins

10. Employee Performance Appraisal for Judith Shepard, for the period from 8/01/05 to 8/01/06

11. Resume of Annie Lucas Brown

12. Annie Brown's Amendment, Request for Out-of-State Travel, dated July 11, 2006

13. E-mails sent to or received from Annie Brown, which have been produced in this cause

14. June 14, 2006 Memorandum from Rebecca Mitchell regarding Consultant assignments

15. July 17, 2006 Administrative Memorandum regarding APLS Consultants

16. March 8, 2007 letter to Annie Brown notifying her that she was Librarian of the Year for 2007

17. Deposition Excerpts of Rebecca Mitchell

18. Deposition Excerpts of Kim Owens

19. Deposition Excerpts of Judith Shepard

20. August 2, 2006 Letter from Kim Owen

21. December 3, 2007 letter to APLS Executive Board from LaTonya Moore

22. July 21, 2007 Reprimand to Janet Hamilton from Hulen Bivins

23. Any documents produced during discovery

24. Plaintiff's medical records from Associated Psychologists, including bill

25. Plaintiff's medical records from Dr. Robert Combs and his bill for treatment

26. All Exhibits identified on Defendant's Exhibit list

27. All Exhibits necessary in rebuttal

28. All Exhibits disclosed during any future depositions and discovery in this case

DONE THIS 30TH DAY OF JULY 2008.

/s Deborah Hill Biggers
DEBORAH HILL BIGGERS  (ASB-4769-I7OD)
Attorney for Plaintiff, Annie L. Brown
113 East Rosa Parks Avenue
Tuskegee, AL  36083
PH: (334) 727-0092
FAX: (334) 727-7117

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing **Plaintiff's Exhibit List** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. R. Austin Huffaker, Jr.
Hon. T. Grant Sexton, Jr.
Attorneys for Defendant
P. O. Box 270
Montgomery, AL 36101

s/ Deborah Hill Biggers
DEBORAH HILL BIGGERS
Attorney for Plaintiff