**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA

36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

July 31, 2008

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style: Annie Lucas Brown v. Alabama Public Library Service

Case No.:   2:07cv841-MHT
    Document   28 Exhibit List by APLS

    Document 29 Witness by APLS

This Notice of Correction was filed in the referenced case this date to attach the corrected pdfs for the Exhibit List and Witness List. The e-filer inadvertently attached the wrong pdf to these documents when originally e-filed.  A copy of the corrected documents are  attached to this Notice and documents 28 and 29  have been corrected.

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ANNIE L. BROWN, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-841-MHT |
| | * |
| ALABAMA PUBLIC LIBRARY SERVICE, | * |
| | * |
|     Defendants. | * |

## EXHIBIT LIST

    **COMES NOW** the Defendant, by and through the undersigned counsel, and hereby identifies the following exhibits that it may use at the trial of this case:

1. 5/16/06 APLS Travel Request (Handwritten)

2. 5/16/06 Request for Out-Of-State Travel

3. 6/13/06 APLS Travel Request

4. 7/7/06 Statement of Official Travel

5. 7/11/06 Amendment, Request For Out of State Travel

6. 7/12/06 Memorandum From Tonya Moore to Cheryl Fondon

7. 7/24/06 Memorandum from Tonya Moore to Rebecca Mitchell re Travel Reimbursement

8. 7/24/06 Email from Mitchell to Brown & Response re pickup travel voucher

9. 7/25/06 Memorandum from Cheryl Fondon to Rebecca Mitchell re Out of State Travel

10. 7/25/06 Written Reprimand

11. 7/25/0 State of Alabama Reimbursement Voucher

12. 8/9/06 Letter from Deborah H. Biggers to Rebecca Mitchell

13. 8/11/06 Letter from Deborah H. Biggers to Board of Directors

14. 8/28/06 EEOC Charge

15. 8/31/06 Employee Performance Appraisal

16. 8/31/06 Employee Performance Pre-Appraisal

17. 9/14/06 EEOC Notice of Charge of Discrimination

18. 9/25/06 Memorandum from Harry Lensch re 5% increase

19. 1/12/07 Brown Rebuttal to 8/31/06 Employee Performance Appraisal

20. 1/26/06 Mitchell Memo to Brown re Brown Rebuttal

21. Annie L. Brown Application for Examination (Consultant)

22. Annie L. Brown Resume

23. 6/23/97 Letter to Annie L. Brown re Hiring as Consultant

24. 1/23/02 Application for Examination (Library Operations Manager)

25. Resume of Annie L. Brown

26. Certification of Candidates

27. Employee Performance Preappraisal (5/4/02 to 11/3/02)

28. 10/23/02 Employee Perforamce Appraisal

29. 6/10/03 Memorandum from Rebecca Mitchell re APLS Staff Plans

30. 6/18/03 Employee Performance Preappraisal

31. 7/1/03 Rebuttal to Mid-Appraisal

32. 7/21/03 Memo from Mitchell to Brown re Rebuttal

33. 9/17/03 Employee Performance Appraisal

34. 9/24/04 Letter from Board to Brown

35. 9/24/04 Employee Performance Appraisal

36. 9/28/04 Memo from Mitchell re Brown file re appraisal score

37. 9/28/04 Employee Performance Preappraisal

38. 8/29/05 Employee Performance Appraisal

39. Employee Performance Preappraisal (9/1/05 to 9/1/06)

40. 9/15/05 Memorandum to Brown re Step Raise

41. 11/10/05 Email from Mitchell to Brown re BLB trip

42. 11/16/05 Memo from Mitchell re Mary Payne and Brown

43. 11/17/05 Emails b/w Payne and Brown re BLB trip and internet

44. 11/17/05 Email from Brown to Mitchell re BLB Trip

45. 11/21/05 Email from Mitchell to Brown re BLB trip

46. 11/28/05 Memo from Mitchell to Brown re BLB trip

47. 12/9/05 Letter from State Personnel Board to Mitchell re LOM responsibilities

48. 5/25/06 Email from Judy Douglas re Gates Webjunction workshop

49. 6/14/06 Memo from Mitchell re Consultant Assignment by District

50. 7/17/07 Administrative Memorandum re APLS Consultants

51. 7/12/07 Memo from Sheila Fulmer to Brown re Progressive Discipline Training

52. 7/25/07 Memo from Sheila Fulmer to Mitchell re Annie Brown and phone calls

53. 7/28/07 Memo from Tonya Moore to Mitchell re Committee Meeting

54. 7/28/07 Memo from Tonya Moore to Mitchell re 5/16/06 Conversation with Brown

55. 7/31/06 Email from Norma Taylor to Mitchell re SPD classes

56. Brown Personnel File

57. Brown Employee Handbook

58. Brown Interrogatory Responses

59. Brown Responses to Supplemental (2nd) Interrogatories

60. Brown Affidavit (Response to MSJ)

61. Cheryl Fondon Affidavit (MSJ)

62. David Farrar Letter

63. David Farrar Affidavit (MSJ)

64. Judy Shepard Reprimand

65. Judy Shepard Performance Appraisal

66. Janet Hamilton Reprimand

67. Brown Resume (2007-2008)

68. Brown Travel Certifications

69. Progressive Discipline Guidelines

70. Library Consultant (#30520) Classification with Steps

71. Library Operations Manager (#30515) with steps

72. Email from Mitchell to Brown re Pick up travel reimbursement

73. Brown Pay Stub

74. State Personnel Rule 670-x-19.01

75. Performance Appraisal Manual

76. State Comptroller Manual

77. 2006/2007 Janet Hamilton Performance Appraisal

78. 2006/2007 Annie L. Brown Performance Appraisal

79. 2006/2007 Judy Shepard Appraisal

80. 9/7/07 Letter from Judy Shepard to APLS Board

81. 4/19/06 Performance Appraisal of Kim Owen by Annie L. Brown

82. Library Operations Manager Job Responsibilities

83. All exhibits attached to the depositions of Annie L. Brown, Judy Shepard and Kim Owen

84. All Exhibits identified on the other parties' Exhibit Lists, including the Plaintiff's Exhibit List.

85. All Exhibits necessary in rebuttal.

86. All Exhibits disclosed during any future depositions and discovery in the case

      /s/ R. Austin Huffaker, Jr.
      R. AUSTIN HUFFAKER, JR.
      ASB-3422-F55R
      Attorney for Defendant
      Alabama Public Library Service

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

## CERTIFICATE OF FILING

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.

      /s/ R. Austin Huffaker, Jr.
      OF COUNSEL

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ANNIE L. BROWN, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *  CASE NO.: 2:07-cv-841-MHT |
| | * |
| ALABAMA PUBLIC LIBRARY SERVICE, | * |
| | * |
|     Defendant. | * |

**DEFENDANT'S WITNESS LIST**

**COMES NOW** the Defendant, by and through the undersigned counsel, and hereby identifies the following individuals that it may call as a witness in the case:

**Expected to Be Present**

1.    Annie L. Brown
         c/o Deborah H. Biggers

2.    Rebecca Mitchell
         c/o R. Austin Huffaker, Jr., Esq.
         184 Commerce Street
         Montgomery, AL 36104
         334-206-3126

3.    Hulen Bivens
         c/o R. Austin Huffaker, Jr., Esq.
         184 Commerce Street
         Montgomery, AL 36104
         334-206-3126

4.    Harry Lensch
         c/o R. Austin Huffaker, Jr., Esq.
         184 Commerce Street
         Montgomery, AL 36104
         334-206-3126

5. Cheryl Fondon
   Director, Admin. Offices, Governor's Office
   State Capitol
   600 Dexter Ave.
   Montgomery, AL 36130

6. Jackie Graham, Director
   Alabama, State Personnel Dept.
   300 Folsom Administrative Building
   64 North Union Street
   Montgomery, AL 36130
   334-242-3451

7. Alice Ann Byrne
   Alabama, State Personnel Dept.
   300 Folsom Administrative Building
   64 North Union Street
   Montgomery, AL 36130
   334-242-3451

8. Darby Forrester
   Alabama, State Personnel Dept.
   300 Folsom Administrative Building
   64 North Union Street
   Montgomery, AL 36130
   334-242-3451

9. David Farrar
   202 South Street E.
   Talledega, AL 35160
   256-362-0653

10. Judy Shepard
    Alabama Public Library Service
    6030 Monticello Drive
    Montgomery, AL

**May Call If Needed**

11. Custodian of Records
    Alabama, State Personnel Dept.
    300 Folsom Administrative Building
    64 North Union Street
    Montgomery, AL 36130
    334-242-3451

12. LaTonya Moore
    Alabama Dept. of Corrections
    301 South Ripley Street
    Montgomery, AL 36104

13. Mary Payne
    528 Paddock Lane
    Montgomery, AL 36109
    334-201-9303

14. Ronald A. Snider
    Mobile, AL

15. Robert E. Hodge
    Prattville, AL

16. Donna Dickey
    Sylacauga, AL

17. Mack Butler
    Rainbow City, AL

18. Helen Harrison Phillips
    Columbiana, AL

19. All individuals who have given depositions in this matter.

20. All individuals indentified in the parties' Initial Disclosures and Interrogatory Responses

21. All Individuals identified on the Witness Lists filed by the other parties to this action, including the Plaintiff, which are adopted and incorporated herein.

22. All Witnesses Necessary in Rebuttal

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
ASB-3422-F55R
Attorney for Defendant
Alabama Public Library Service

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

## CERTIFICATE OF FILING

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah H. Biggers, Esq.

                                                                                       /s/ R. Austin Huffaker, Jr.
                                                                                       OF COUNSEL